UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| Annette Barnes, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Atlantic Recovery Solutions, LLC, Zachariah Aga, and Neno Nastevski,<br><br>Defendants. | Case No. 22-20390-Civ-Scola<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Annette Barnes voluntarily dismisses this matter with prejudice as to Ms. Barnes, and without prejudice as to putative class members.

Date: August 4, 2022

/s/ *Aaron D. Radbil*
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
aradbil@gdrlawfirm.com

Michael L. Greenwald
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
(561) 826-5477
mgreenwald@gdrlawfirm.com

1

## CERTIFICATE OF SERVICE

I certify that, on August 4, 2022, I emailed the foregoing document to Defendants representatives at the following email addresses:

Neno Nastevski
nnastevski@atlanticrecoverysolutions.com

Zach Aga
zaga@atlanticrecoverysolutions.com

I additionally certify that, on July 25, 2022, I mailed a copy of the foregoing document, by U.S. Mail, to:

Atlantic Recovery Solutions, LLC
33 Dodge Rd., Ste. 108
Getzville, NY 14068

/s/ *Aaron D. Radbil*
Aaron D. Radbil