United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Annette Barnes, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-20390-Civ-Scola |
| | ) |
| Atlantic Recovery Solutions, LLC, | ) |
| Defendant. | |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice as to herself consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 31.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on August 4, 2022.

_____
Robert N. Scola, Jr.
United States District Judge